UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KRISTIN MERONE,

PLAINTIFF,

-against-

Case No.:
24-CV-8730(BMC)

THE CITY OF NEW YORK, ET, AL,

DEFENDANTS.

-----------------------------------------------------------X

DATE: May 20, 2025

TIME: 10:00 A.M.

DEPOSITION of the Plaintiff, KRISTEN MERONE, taken by the Defendants, pursuant to a Court Order and to the Federal Rules of Civil Procedure, held remotely, before Jessica Braunstein, a Notary Public of the State of New York.

A P P E A R A N C E S:

ELEFTERAKIS, ELEFTERAKIS & PANEK
Attorneys for the Plaintiff
KRISTEN MERONE
80 Pine Street, 38th Floor
New York, New York 10005
BY: MICHAEL GLUCK, ESQ.
File #: Mgluck@eeplaw.com

MURIEL GOODE-TRUFANT, ESQ.
Corporation Counsel
Attorneys for the Defendants
THE CITY OF NEW YORK, ET, AL.
100 Church Street
New York, New York 10007
BY: ZACHARY KALMBACH, ESQ.
Control #: 516053
Matter #: 2025-005465
Zkalmbac@law.nyc.gov

* * *

Q. Sure. So, we had talked about your conversation with officers. Did there come a time you were taken from the porch to the ambulance?

A. Yes.

Q. How did you come to be taken to the ambulance?

A. One of the officers asked me to stand up. This is after they insisted on taking my dog. I was terrified. I remember not wanting to comply until I knew he was with my parents. I still was terrified because I could never see them actually giving him to my parents, but I had no choice. They ripped him away from me. They said they were giving him to them, which they did. They ended up having him, but from there they asked me to stand up, they walked me down the stairs and then that's when I was in excruciating pain. They put my arm behind my back and assaulted me and this is how my elbow got injured, by putting my hands behind my back. I was in so much pain that my body shut down and I urinated on myself before I was put in the ambulance.

Q. When you say you stood up and walked down the stairs, was any officer making contact with you at that point?

A. Yes.

Q. In what way?

A. I think one of the officers might have been

holding my arms or just kind of guiding me down the stairs. They were on each side of me like as we were going down the stairs.
Q. Did you go voluntarily?
A. Yes.
Q. And before the officers walked you down the stairs while you're on the porch, did you have any conversations with your parents?
A. No.
Q. Did you ever speak with your parents about your dog or anything like that?
A. No, they weren't near me at all when I was on the porch. I don't know where they were.
Q. So you were walked down the porch by one or two officers and then at that time were you in handcuffs?
A. No, I don't think so.
Q. Did there come a time when you were put in handcuffs?
A. Yes, not for a long time, but, after, I was in excruciating pain and I couldn't even move, my body shut down. It was at like the same time almost as when they put them on me, which was even worse because my elbow got manipulated even more and it was already injured.
Q. When you say your elbow was manipulated, where in relation to the house did that happen?

A. I think like at the bottom of the stairs.
Q. Like right at the bottom of the stairs?
A. I think so.
Q. And how exactly did the officers or officer manipulate your elbow?
A. I couldn't see, but they had it behind my back. I felt a hand on each side of my elbow turning it in different directions. That's what I felt.
Q. Which elbow?
A. My right.
Q. How many officers were touching your right elbow?
A. I'm not sure, I just could feel two hands.
Q. What happened next? Like, how did the officer manipulate your elbow?
A. Like I said, I couldn't see what it felt like, but it was that there was a hand on each side of my elbow and it was twisted in two different directions -- what the surgeon said was the bones were detached, so that's the pain that I was feeling. Like, I couldn't see though what exactly happened. It was behind my back.
Q. Can you explain a little more what you mean by it was twisted in two different directions?
A. Felt like somebody -- like if someone put their hands on each side of it. If someone were to turn their hands into ways to twist something so it came apart.

That's what it felt like to me.
Q. And when in relation to when your elbow was twisted where you handcuffed?
A. I think immediately or very shortly after, I'd say.
Q. Was your arm behind your back when it was twisted your right arm?
A. Yes.
Q. Were the officers who were touching you at that, point, were they the same officers or different officers who were with you on the porch?
A. I can't be sure I think it was the same officers, but I couldn't see behind me so I'm not positive.
Q. Was it your understanding that your arm was behind your back to be handcuffed at that point?
A. No, I was told I was not being arrested while I was on the porch, so I didn't understand at all why I would need to be handcuffed at all.
Q. When your arm was twisted, was that while you were in motion forward towards the ambulance or had you stopped walking at that point?
A. I can't remember because all I can remember is the pain and my screaming and what my body felt like at that point.
Q. At any point while you're walking to the