# EXHIBIT A

# Event Chronology -- D22011422509

## Summary

| Event Number/Type | Location | Event Times |
|---|---|---|
| D22011422509<br>54E1 (AMBULANCE CASE: EDP/INSIDE) | 14 WADSWORTH AVE<br>SI:PH<br>BAY ST / TOMPKINS AVE | Started 01/14/22 21:54:26<br>Created 01/14/22 21:56:45<br>First Dispatch 01/14/22 22:01:06<br>First Enroute 01/14/22 22:28:07<br>First Arrive 01/14/22 22:33:20 |

| First Call | Assigned Units | Cross-References | Dispositions |
|---|---|---|---|
| WIRELESS-VERIZON(COMTECH)<br>(718) 344-5472<br>LL(-74:05:29.0364,40:37:17.4072): EST 199 DUNCAN RD SI<br>Call Count 1 | 120D1-3<br>120C1-3<br>120ST1-3<br>PARKHILL<br>120ST2-3 | | |

☑ Include System Comments     ☐ Include Associated Events

## Report

**Total records returned: 127**

| Date/Time | Operator | Terminal | Details |
|---|---|---|---|
| 01/14/22 21:54:26 | 359363 | ps1-c055 | **ANI/ALI Number: 154697640**<br>Caller Name: WIRELESS-VERIZON(COMTECH)<br>Caller Phone: (718) 344-5472<br>Location: 300 HOWARD AVE STATEN ISLAND<br>Telco Comment: : SE SECTOR<br>Company: VZW<br>Service Class: WPH1<br>Latitude: +040.621502<br>Longitude: -074.091399<br>XY: XY(95887890,16571989) |
| 01/14/22 21:54:41 | 359363 | ps1-c055 | **ANI/ALI Number: 154697650**<br>Caller Name: WIRELESS-VERIZON(COMTECH)<br>Caller Phone: (718) 344-5472<br>Location: 300 HOWARD AVE STATEN ISLAND<br>Telco Comment: : SE SECTOR<br>Company: VZW<br>Service Class: WPH2 |

| | | | |
|---|---|---|---|
| | | | Latitude: +040.606300<br>Longitude: -074.060930<br>XY: XY(96733347,16017404) |
| 01/14/22 21:56:45 | 359363 | ps1-c055 | **D event D22011422509 created**<br>at 14 WADSWORTH AVE SI:PH<br>Cross Street BAY ST<br>Cross Street TOMPKINS AVE<br>Name: WIRELESS-VERIZON(COMTECH)<br>Address: LL(-74:05:29.0364,40:37:17.4072): EST 199 DUNCAN RD SI<br>Call Source: ANI/ALI<br>Phone Number: (718) 344-5472<br>Zone: Z35<br>PCT/Sector: 120D<br>Type 52D6 (DISPUTE: FAMILY)<br>Precinct 120<br>Sector 120D<br>Status N<br>Priority 5 |
| 01/14/22 21:56:45 | 359363 | ps1-c055 | **Event Comment (User)**<br>NO WPNS----NO INJ---MC STS HIS GF IS REFUSING TO LEAVE LOC---STS HE NEED HELP GETTING HER OUT---MC STS HER PARENTS ARE WAITING FOR HER OUTSIDE AND SHE REFUSE TO GO---------MC CASARO----CB 732 841 7639 |
| 01/14/22 21:56:45 | 359363 | ps1-c055 | **Event Comment (System)**<br>Event created at 14 WADSWORTH AVE SI:PH overriding the threshold limit between Caller Address and Event Location |
| 01/14/22 21:56:45 | 359363 | loi-search | **Event Comment (System)**<br>** LOI search completed at 01/14/22 21:56:45 |
| 01/14/22 21:56:51 | 359363 | ps1-c055 | **Event Comment (User)**<br>ANI-ALI-7183445472 WIRELESS-VERIZON COMTECH 300 HOWARD AVE SE SECTOR STATEN ISLAND COS:WPH2 LAT: 040.606300 LON:-074.060930 OPER Coley, Tanesha M-c-MTPPDVCP300-142 OPER 1318 |
| 01/14/22 22:01:01 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Status P |
| 01/14/22 22:01:01 | 351840 | ps1-d35 | **Event Comment (System)**<br>Event D22011422509 has been displayed by the covering dispatcher |
| 01/14/22 22:01:01 | 351840 | ps1-d35 | **Event Comment (System)**<br>** >>>> by: 351840 at 01/14/22 22:01:01 on terminal: ps1-d35 |
| 01/14/22 22:01:06 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 1 |

| | | | |
|---|---|---|---|
| 01/14/22 22:01:06 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Status A<br>First Unit Dispatched Time 01/14/22 22:01:06 |
| 01/14/22 22:01:06 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:28:07 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>First Unit Enrouted Time 01/14/22 22:28:07 |
| 01/14/22 22:28:07 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action ER<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:28:59 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 2 |
| 01/14/22 22:28:59 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120C1-3 Route D Precinct 120 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:33:20 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>First Unit Arrived Time 01/14/22 22:33:20 |
| 01/14/22 22:33:20 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action 84<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **AMB event A22011422509 created**<br>at 14 WADSWORTH AVE SI:PH<br>Cross Street BAY ST<br>Cross Street TOMPKINS AVE<br>Name: WIRELESS-VERIZON(COMTECH)<br>Address: LL(-74:05:29.0364,40:37:17.4072): EST 199 DUNCAN RD SI<br>Call Source: ANI/ALI<br>Phone Number: (718) 344-5472<br>Zone: Z35<br>PCT/Sector: 120D<br>Type 54E1 (AMBULANCE CASE: EDP/INSIDE)<br>Precinct SI<br>Sector SI<br>Status N<br>Priority 3 |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **SOD event S22011422509 created**<br>at 14 WADSWORTH AVE SI:PH<br>Cross Street BAY ST<br>Cross Street TOMPKINS AVE<br>Name: WIRELESS-VERIZON(COMTECH)<br>Address: LL(-74:05:29.0364,40:37:17.4072): EST 199 DUNCAN RD SI<br>Call Source: ANI/ALI |

|  |  |  | Phone Number: (718) 344-5472<br>Zone: Z35<br>PCT/Sector: 120D<br>Type 54E1 (AMBULANCE CASE: EDP/INSIDE)<br>Precinct 0<br>Sector ESA5<br>Status N<br>Priority 3 |
|---|---|---|---|
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Agency Event Type Code 54E1<br>Agency Event Type Code Desc AMBULANCE CASE: EDP/INSIDE<br>Priority 3 |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **Event Comment (System)**<br>** Event Priority changed from 5 to 3 at: 01/14/22 22:33:32 |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **Event Comment (System)**<br>** >>>> by: STEPHANIE T. MCDUFFIE on terminal: ps1-d35 |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **Event Comment (System)**<br>** Event Type changed from 52D6 to 54E1 at: 01/14/22 22:33:32 |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **Event Comment (System)**<br>** >>>> by: STEPHANIE T. MCDUFFIE on terminal: ps1-d35 |
| 01/14/22 22:33:32 | 351840 | ps1-d35 | **Event Comment (System)**<br>** SOD event S22011422509 created |
| 01/14/22 22:33:33 | 351840 | ps1-d35 | **Event Comment (System)**<br>** AMB event A22011422509 created |
| 01/14/22 22:33:33 | 1 | sps29int2b | **Event Comment (System)**<br>EMS CAD ACK Received. |
| 01/14/22 22:33:39 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 3 |
| 01/14/22 22:33:39 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST1-3 Route D Precinct 120 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:33:49 | 351840 | ps1-d35 | **Event Comment (User)**<br>== EDP MSG == SGT NTFD ===D1745 |
| 01/14/22 22:34:12 | 350487 | ps1-d41 | **Event Updated - S22011422509**<br>Status P |
| 01/14/22 22:34:12 | 350487 | ps1-d41 | **Event Comment (System)**<br>Event S22011422509 has been displayed by the covering dispatcher |
| 01/14/22 22:34:12 | 350487 | ps1-d41 | **Event Comment (System)**<br>** >>>> by: 350487 at 01/14/22 22:34:12 on terminal: ps1-d41 |

| | | | |
|---|---|---|---|
| 01/14/22 22:34:14 | 350487 | ps1-d41 | **Event Updated - S22011422509**<br>Total Assigned Units 1 |
| 01/14/22 22:34:14 | 350487 | ps1-d41 | **Event Updated - S22011422509**<br>Status A<br>First Unit Dispatched Time 01/14/22 22:34:14 |
| 01/14/22 22:34:14 | 350487 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0ESA5-3 Route SOD Precinct 0 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:35:43 | 1 | sps29int2b | **Event Updated**<br>EMD Event Number 220144648 |
| 01/14/22 22:35:43 | 1 | sps29int2b | **Event Updated - A22011422509**<br>Status P |
| 01/14/22 22:35:43 | 1 | sps29int2b | **Event Updated**<br>EMD Operator D508 |
| 01/14/22 22:35:43 | 1 | sps29int2b | **Event Updated - A22011422509**<br>Status H<br>Last Status Change Time 01/14/22 22:35:44 |
| 01/14/22 22:35:43 | 1 | sps29int2b | **Event Comment (System)**<br>** Event held by Route AMB |
| 01/14/22 22:37:07 | 351840 | ps1-d35 | **Event Comment (User)**<br>E:ETA FOR EMS D 1745 |
| 01/14/22 22:39:08 | 1 | sps29int2b | **Event Comment (System)**<br>EMS Unit Dispatched NYPDJobNumber:22011422509 EMSJobNumber:220144648 DateTime:20220114223908ES EMSOperatorNumber:D731 UnitId:21A3 UnitType:BLS InitialDispatchFlag:I ETA:2245 Comments: |
| 01/14/22 22:40:00 | 351840 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 4 |
| 01/14/22 22:40:00 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit PARKHILL Route D Precinct 120 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:40:03 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit PARKHILL Route D Precinct 120 Action 84<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:46:41 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120C1-3 Route D Precinct 120 Action 84<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:47:47 | 1 | sps29int2b | **Event Comment (System)**<br>EMS Unit Onscene NYPDJobNumber:22011422509 EMSJobNumber:220144648 DateTime:20220114224747ES EMSOperatorNumber:7276 UnitId:21A3 UnitType:BLS RouteFlag:N Comments: |

| 01/14/22 22:51:20 | 351840 | ps1-d35 | **Event Comment (User)**<br>AUTH OF PARKHILL REQUESTING ESU TO LOC STS EDP REFUSING TO LET GO OF DOG AT LOC D 1745 |
| --- | --- | --- | --- |
| 01/14/22 22:51:34 | 350487 | ps1-d41 | **Event Updated - S22011422509**<br>First Unit Enrouted Time 01/14/22 22:51:34 |
| 01/14/22 22:51:34 | 350487 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0ESA5-3 Route SOD Precinct 0 Action ER<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:51:59 | 350487 | ps1-d41 | **Event Updated - S22011422509**<br>Total Assigned Units 2 |
| 01/14/22 22:51:59 | 350487 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0EST5-3 Route SOD Precinct 0 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:51:59 | 350487 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0EST5-3 Route SOD Precinct 0 Action ER<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 22:52:07 | 350487 | ps1-d41 | **Event Comment (User)**<br>TRANSMITTED OVER CITYWIDE SOD CW1840 |
| 01/14/22 22:52:17 | 350487 | ps1-d41 | **CWS event C22011422509 created**<br>at 14 WADSWORTH AVE SI:PH<br>Cross Street BAY ST<br>Cross Street TOMPKINS AVE<br>Name: WIRELESS-VERIZON(COMTECH)<br>Address: LL(-74:05:29.0364,40:37:17.4072): EST 199 DUNCAN RD SI<br>Call Source: ANI/ALI<br>Phone Number: (718) 344-5472<br>Zone: Z35<br>PCT/Sector: 120D<br>EMD Event Number: 220144648<br>EMD Operator: D508<br>Type 54E1 (AMBULANCE CASE: EDP/INSIDE)<br>Precinct NYC<br>Sector NYC<br>Status N<br>Priority 3 |
| 01/14/22 22:52:34 | 350487 | ps1-d41 | **Event Comment (User)**<br>ESU A5 NTFD & RESPDING CW1840 |
| 01/14/22 22:55:43 | 351840 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST1-3 Route D Precinct 120 Action 84<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:03:20 | SYSTEM | ps2-ts06 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action ~<br>Location 14 WADSWORTH AVE SI:PH |

| | | | |
|---|---|---|---|
| 01/14/22 23:03:20 | SYSTEM | ps2-ts06 | **Event Comment (System)**<br>120D1-3 -- System Unit Alarm |
| 01/14/22 23:05:36 | 351101 | ps1-d41 | **Event Updated - S22011422509**<br>First Unit Arrived Time 01/14/22 23:05:36 |
| 01/14/22 23:05:36 | 351101 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0EST5-3 Route SOD Precinct 0 Action 84<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:08:18 | 356736 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 5 |
| 01/14/22 23:08:18 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST2-3 Route D Precinct 120 Action DP<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:08:20 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST2-3 Route D Precinct 120 Action 84<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:10:03 | SYSTEM | ps1-ts02 | **Unit Action - D22011422509**<br>Unit PARKHILL Route D Precinct 120 Action ~<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:10:03 | 339331 | ps1-ts02 | **Event Comment (System)**<br>PARKHILL -- System Unit Alarm |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Disposition Type 97H Assigned - S22011422509** |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Event Updated - S22011422509**<br>Primary Unit Id 0EST5-3 |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Event Updated - S22011422509**<br>Total Assigned Units 1 |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Event Updated - S22011422509**<br>Total Assigned Units 0 |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Event Closed S22011422509** |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0EST5-3 Route SOD Precinct 0 Action AV |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Unit Action - S22011422509**<br>Unit 0ESA5-3 Route SOD Precinct 0 Action AV |
| 01/14/22 23:16:13 | 351101 | ps1-d41 | **Event Comment (User)**<br>.. |
| 01/14/22 23:16:41 | SYSTEM | ps2-ts09 | **Unit Action - D22011422509**<br>Unit 120C1-3 Route D Precinct 120 Action ~<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:16:41 | SYSTEM | ps2-ts09 | **Event Comment (System)**<br>120C1-3 -- System Unit Alarm |

| | | | |
|---|---|---|---|
| 01/14/22 23:21:46 | 1 | sps29int2b | **Event Comment (System)**<br>EMS Unit Transporting Patient NYPDJobNumber:22011422509 EMSJobNumber:220144648 DateTime:20220114232146ES EMSOperatorNumber:7276 UnitId:21A3 UnitType:BLS HospitalCode:51 RouteFlag:N HospitalName:NYU LANGONE HEALTH- BROOKLYN Comments: |
| 01/14/22 23:22:20 | 349154 | ps2-fd1 | **Disposition Type CANCELEV Assigned - A22011422509** |
| 01/14/22 23:22:20 | 349154 | ps2-fd1 | **Event Closed A22011422509** |
| 01/14/22 23:22:20 | 349154 | ps2-fd1 | **Event Updated - A22011422509**<br>Status C<br>Last Status Change Time 01/14/22 22:35:43 |
| 01/14/22 23:22:45 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action 87<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:22:45 | 356736 | ps1-d35 | **Event Comment (User)**<br>120D1-3 -- TO LUTHERAN BK |
| 01/14/22 23:25:43 | SYSTEM | ps1-ts02 | **Unit Action - D22011422509**<br>Unit 120ST1-3 Route D Precinct 120 Action ~<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:25:43 | 339331 | ps1-ts02 | **Event Comment (System)**<br>120ST1-3 -- System Unit Alarm |
| 01/14/22 23:26:26 | 356736 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 4 |
| 01/14/22 23:26:26 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120C1-3 Route D Precinct 120 Action UC |
| 01/14/22 23:26:26 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120C1-3 Route D Precinct 120 Action AV |
| 01/14/22 23:26:26 | 356736 | ps1-d35 | **Event Comment (System)**<br>120C1-3 -- Preempt Unit 120C1-3 |
| 01/14/22 23:29:12 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST1-3 Route D Precinct 120 Action CU<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:29:12 | 356736 | ps1-d35 | **Event Comment (System)**<br>120ST1-3 -- Alarm Timer Extended: 30 |
| 01/14/22 23:29:14 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit PARKHILL Route D Precinct 120 Action CU<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:29:14 | 356736 | ps1-d35 | **Event Comment (System)**<br>PARKHILL -- Alarm Timer Extended: 30 |
| 01/14/22 | 323984 | ps1-rscw | **Event Updated - C22011422509** |

| Date/Time | ID | Terminal | Event |
|---|---|---|---|
| 23:34:53 | | | Status P |
| 01/14/22 23:34:53 | 323984 | ps1-rscw | **Event Comment (System)**<br>Event C22011422509 has been displayed by the covering dispatcher |
| 01/14/22 23:34:53 | 323984 | ps1-rscw | **Event Comment (System)**<br>** >>>> by: 323984 at 01/14/22 23:34:53 on terminal: ps1-rscw |
| 01/14/22 23:35:03 | 323984 | ps1-rscw | **Disposition Type CANCELEV Assigned - C22011422509** |
| 01/14/22 23:35:03 | 323984 | ps1-rscw | **Event Closed C22011422509** |
| 01/14/22 23:35:03 | 323984 | ps1-rscw | **Event Updated - C22011422509**<br>Status C |
| 01/14/22 23:36:38 | 356736 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 3 |
| 01/14/22 23:36:38 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST1-3 Route D Precinct 120 Action UC |
| 01/14/22 23:36:38 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST1-3 Route D Precinct 120 Action AV |
| 01/14/22 23:36:38 | 356736 | ps1-d35 | **Event Comment (System)**<br>120ST1-3 -- Preempt Unit 120ST1-3 |
| 01/14/22 23:36:40 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST2-3 Route D Precinct 120 Action UC |
| 01/14/22 23:36:40 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120ST2-3 Route D Precinct 120 Action AV |
| 01/14/22 23:36:40 | 356736 | ps1-d35 | **Event Comment (System)**<br>120ST2-3 -- Preempt Unit 120ST2-3 |
| 01/14/22 23:36:41 | 356736 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 2 |
| 01/14/22 23:36:43 | 356736 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 1 |
| 01/14/22 23:36:43 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit PARKHILL Route D Precinct 120 Action UC |
| 01/14/22 23:36:43 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit PARKHILL Route D Precinct 120 Action AV |
| 01/14/22 23:36:43 | 356736 | ps1-d35 | **Event Comment (System)**<br>PARKHILL -- Preempt Unit PARKHILL |
| 01/14/22 23:41:37 | 356736 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action UG<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:41:37 | 356736 | ps1-d35 | **Event Comment (User)**<br>120D1-3 -- Secondary Unit ID updated from 120D1 to 120D1-3 |

| | | | |
|---|---|---|---|
| | | | during logon unit [120D1-1] |
| 01/14/22 23:52:45 | SYSTEM | ps1-ts06 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action ~<br>Location 14 WADSWORTH AVE SI:PH |
| 01/14/22 23:52:45 | SYSTEM | ps1-ts06 | **Event Comment (System)**<br>120D1-3 -- System Unit Alarm |
| 01/14/22 23:57:10 | 356736 | ps1-d35 | **Event Comment (User)**<br>❗ ----------STILLOUT WILL ADVS FINAL----D2277 |
| 01/15/22 00:04:55 | 1 | sps29int2b | **Event Comment (System)**<br>EMS Unit Preempt NYPDJobNumber:22011422509 EMSJobNumber:220144648 DateTime:20220115000455ES EMSOperatorNumber:7276 UnitId:21A3 UnitType:BLS RemovalFlag:N Comments: |
| 01/15/22 00:04:56 | 1 | sps29int2b | **Event Comment (System)**<br>EMS Complaint Closed NYPDJobNumber:22011422509 EMSJobNumber:220144648 DateTime:20220115000455ES EMSOperatorNumber:7276 FinalDispositionCode:82B Comments: |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Disposition Type 93Q Assigned - D22011422509** |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Disposition Type 97H Assigned - D22011422509** |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Event Updated - D22011422509**<br>Primary Unit Id 120D1-3 |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Event Updated - D22011422509**<br>Total Assigned Units 0 |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Event Closed D22011422509** |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Unit Action - D22011422509**<br>Unit 120D1-3 Route D Precinct 120 Action AV |
| 01/15/22 00:11:14 | 371314 | ps1-d35 | **Event Comment (User)**<br>LAGONE |