# EXHIBIT C

(Hakius BWC - Submitted Electronically)