# EXHIBIT D

(Sciarrillo BWC - Submitted Electronically)