# EXHIBIT E

(Brucato BWC - Submitted Electronically)