# EXHIBIT F

(Tagliaferro BWC - Submitted Electronically)