# EXHIBIT G

(Muller BWC - Submitted Electronically)