# EXHIBIT H

(Mohsin BWC - Submitted Electronically)