# EXHIBIT I

## (Kim BWC - Submitted Electronically)