UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KRISTIN MERONE,

                              Plaintiff,              JUDGMENT

       v.                                     24-CV-8730 (BMC)

CITY OF NEW YORK, ET AL.,

                              Defendants.
----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 13, 2026; and Defendant City of New York, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Kristin Merone, for the total sum of Two Hundred and Fifty Thousand and One ($250,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiffs federal claims; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Kristin Merone and against Defendant, City of New York, for the total sum of Two Hundred and Fifty Thousand and One ($250,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendant City or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendant or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendant City; its successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Kristin Merone agrees that payment of Two Hundred and Fifty Thousand and One ($250,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If plaintiff Kristin Merone is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Kristin Merone agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff Kristin Merone further

2

agrees to hold harmless defendant City and all past and present officials, employees,

representatives and agents of the City of New York, or any agency thereof, regarding any past

and/or future Medicare payments, presently known or unknown, made in connection with this

matter.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       Marh 25, 2026                                              Clerk of Court

                                   By:    */s/Jalitza Poveda*
                                        Deputy Clerk

3